IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-00130

| MAKAYLA GRADO, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| ATRIUM HEALTH, INC.; ADVOCATE HEALTH, INC., THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY D/B/A ATRIUM HEALTH, INC.; THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY D/B/A ADVOCATE HEALTH, INC., and ATRIUM HEALTH, I, (collectively, "Atrium Health"), | ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. § 1446, Defendants Atrium Health, Inc., Advocate Health, Inc., and the Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health, respectfully give notice of the removal of the above-captioned case from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina. This removal is based on the following grounds:

1. Makayla Grado ("Grado" or "Plaintiff") commenced this action in the Superior Court of Mecklenburg County, North Carolina on December 23, 2024. The case was assigned Case Number 24CV060138-590. Copies of all process, pleadings, and orders served upon or otherwise

delivered to Defendant in this action, as well as other documents from the Superior Court file are attached as **Exhibits A–K**.

2. Plaintiff served Defendants on January 21, 2025.

3. In the Complaint, Plaintiff purports to assert claims for disability discrimination and retaliation under the Americans with Disabilities Act, as amended (the "ADA"), 42 U.S.C. § 12101, *et seq.* Plaintiff also alleges violations of N.C. Gen. Stat. § 143-422.2, N.C. Gen. Stat. § 168A-3, and the public policy of North Carolina.

4. Because the alleged ADA claims arise under the laws of the United States and the resolution of them will depend upon determinations of substantial questions of federal law, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331.

5. This Court has supplemental jurisdiction over the claims that Plaintiff purports to have asserted under state law. 28 U.S.C. § 1367.

6. This civil action may properly be removed from the Superior Court of North Carolina to this Court. 28 U.S.C. §§ 1441(a)-(b).

7. This removal complies with all procedural requirements. 28 U.S.C. § 1446.

   a. In accordance with 28 U.S.C. § 1446(a) a true and accurate copy of the state court file, which includes the process and pleadings filed in the State Court Action, is attached to this Notice of Removal as **Exhibits A–K**.

   b. Plaintiff's Complaint was filed on December 23, 2024. Defendants were each served on January 21, 2025. Accordingly, this Notice of Removal is timely filed within the 30-day time frame provided by 28 U.S.C. § 1446(b).

   c. Promptly after this Notice of Removal is filed, Defendants will give written notice of the removal of this action to all adverse parties and will file a copy of the

Notice of Removal with the Clerk of the Superior Court of Mecklenburg County, North Carolina.

      d.    All Defendants consent to removal of this action.

8.    Defendants reserve the right to amend or supplement this Notice of Removal and reserve all rights and defenses, including those available under Federal Rule of Civil Procedure 12.

9.    By filing this Notice of Removal, Defendants do not waive any jurisdictional or other defenses that might be available to them.

WHEREFORE, Defendants respectfully request that the State Court Action be removed from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina, in accordance with 28 U.S.C. § 1441, and for such further legal, equitable, or other relief that the Court deems just and proper.

This the 19th day of February, 2025.

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

s/ *Danielle B. Dobosz*
Kerry A. Shad
N.C. State Bar No. 18410
Danielle B. Dobosz
N.C. State Bar. No. 59293
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: kshad@smithlaw.com
Email: ddobosz@smithlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by U.S. first class mail and electronic mail, addressed as follows:

Lawrence Wooden
Wooden Bowers PLLC
10130 Mallard Creek Road., Suite 300
Charlotte, NC 28262
lwooden@wbvlaw.com

This the 19th day of February, 2025.

> SMITH, ANDERSON, BLOUNT, DORSETT,
> MITCHELL & JERNIGAN, LLP
>
> s/ *Danielle B. Dobosz*
> Kerry A. Shad
> N.C. State Bar No. 18410
> Danielle B. Dobosz
> N.C. State Bar No. 59293
> Post Office Box 2611
> Raleigh, North Carolina 27602-2611
> Telephone: (919) 821-1220
> Facsimile: (919) 821-6800
> Email: kshad@smithlaw.com
>
> *Attorneys for Defendants*